IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTHERN PAINTERS WELFARE FUND; and TRUSTEES OF THE SOUTHERN PAINTERS WELFARE FUND, DARRYL TRAYLOR and WALTER J. ILCZYSZYN,<br><br>    Plaintiffs,<br><br>  v.<br><br>GARDEN STATE LIFE INSURANCE COMPANY and KISMET RISK MANAGEMENT ASSOCIATES, LLC,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-1563 |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby jointly stipulate and agree to the dismissal of this action *with prejudice* as to all Defendants, each party to bear its own costs.

Respectfully submitted on this 10th day of June, 2024.

Respectfully submitted:

*/s/ Joel R. Hurt*
Joel R. Hurt (PA I.D. No. 85841)
Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
412.281.8400 (Phone)
412.281.1007 (Fax)
jhurt@fdpklaw.com

*/s/ Kathleen A. Gallagher*
Kathleen A. Gallagher (PA I.D. No. 37950)
Brian M. Adrian (PA I.D. No. 81461)
The Gallagher Firm, LLC
3100 Koppers Building, 436 Seventh Avenue
Pittsburgh, PA 15219
412.308.5512 (Phone)
412.308.5516 (Fax)
kag@gallagherlawllc.com
bma@gallagherlawllc.com

*/s/ Paula M. Bruner*
Louis L. Robein, Jr. (LA Bar No. 11307) *
Paula M. Bruner (LA Bar No. 30417) *
Robein Urann Spencer Picard & Cangemi
2540 Severn Avenue, Suite 400
Metairie, LA 70002
504.885.9994 (Phone)
504.885.9969 (Fax)
lrobein@ruspclaw.com
pbruner@ruspclaw.com

*/s/ Victoria S. Rutherford*
Victoria S. Rutherford (TX #24110309) *
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, TX 77550
409.797.3200 (Phone)
866.422.4270 (Fax)
vrutherford@greerherz.com

*Counsel for Plaintiffs*

*Counsel for Defendants*

* Admitted *pro hac vice*

* Admitted *pro hac vice*

2